683 A.2d 833

IN THE MATTER OF HUGO L. MORAS, AN ATTORNEY AT LAW.

October 29, 1996.

## ORDER

This matter having come before the Court by the October 3, 1996, Order of the Superior Court, Chancery Division, Family Part in *Ottenberg v. Moras* (Docket No. FM–0724204–81), the Order having recited that said court had determined that **HUGO L. MORAS** of SOUTH ORANGE, an attorney at law of this State, had failed to comply with a prior Order to pay child support arrearages;

And the matter having been referred to this Court pursuant to *Rule* 1:20–11A(a) for the suspension of the license of **HUGO L. MORAS** to practice law in this State;

And good cause appearing;

It is ORDERED that **HUGO L. MORAS** is suspended from the practice of law, effective immediately and until the further Order of the Court; and it is further

ORDERED that **HUGO L. MORAS** is restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys.